BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, EARTHWORKS; FORT BERTHOLD PROTECTORS OF WATER AND EARTH RIGHTS, SOUTHERN UTAH WILDERNESS ALLIANCE, THE WILDERNESS SOCIETY, and WESTERN RESOURCE ADVOCATES,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br><br>&<br><br>INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA and WESTERN ENERGY ALLIANCE,<br><br>Applicant-Intervenors. | Case No. 4:18-CV-00524-HSG<br><br>[Honorable Haywood S. Gilliam, Jr.]<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO REMOVE FILING IN ERROR—DOCKET NUMBER 28<br><br>Action Filed: March 14, 2018 |

After considering the Unopposed Motion to Remove Filing In Error—Docket Number 28 filed by the Independent Petroleum Association of America and the Western Energy Alliance on March 14, 2018, and finding good cause therefore, the Court grants the motion. Docket Number 28 shall be removed from the Court's docket.

Dated this ___19th___ day of _____March___, 2018.

By: _____
Judge Haywood S. Gilliam, Jr.
United States District Court Judge