# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, EARTHWORKS; FORT BERTHOLD PROTECTORS OF WATER AND EARTH RIGHTS, SOUTHERN UTAH WILDERNESS ALLIANCE, THE WILDERNESS SOCIETY, and WESTERN RESOURCE ADVOCATES,<br><br>    Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants,<br><br>&<br><br>INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA and WESTERN ENERGY ALLIANCE,<br><br>    Intervenor-Defendants. | Case No. 4:18-cv-00524-HSG<br><br>**[PROPOSED] ORDER GRANTING INDUSTRY RESPONDENTS' MOTION TO TRANSFER VENUE** |

Having considered the motion to transfer venue that the Independent Petroleum Association of America and Western Energy Alliance filed on March 22, 2018 and finding good cause therefore, the Court grants the motion. This action shall be transferred to the United States District Court for the District of Wyoming.

Dated this _____ day of _____, 2018.

By: _____
     United States District Judge