# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB; et al., | ) |
| | ) Case No: 4:18-cv-00524-HSG |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| RYAN ZINKE, in his official capacity as Secretary of the Interior; et al., | ) **PRO HAC VICE** |
| | ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) |
| | ) |

I, __Erik E. Petersen__, an active member in good standing of the bar of __Wyoming__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __State of Wyoming__ in the above-entitled action. My local co-counsel in this case is __Christian Marsh__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Cheyenne, WY 82002 | Downey Brand LLP<br>455 Market Street, Suite 1500<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(307) 777-6946 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 848-4800 |
| MY EMAIL ADDRESS OF RECORD:<br>erik.petersen@wyo.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cmarsh@downeybrand.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __7-5608__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 16, 2018

/s/Erik E. Petersen
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Erik E. Petersen__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/23/2018

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# EXHIBIT 1

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF WYOMING

---

I, Patricia Bennett, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Erik Edward Petersen

was on the 12th day of October, 2015, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.



Given under my hand and the seal of said Court this 9th day of March, 2018.

Patricia Bennett, Clerk