Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB; et al.

Plaintiff(s),

v.

RYAN ZINKE, in his official capacity as Secretary of the Interior; et al.,

Defendant(s).

Case No: 4:18-cv-00524-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael M. Robinson, an active member in good standing of the bar of Wyoming, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Wyoming in the above-entitled action. My local co-counsel in this case is Christian Marsh, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002

MY TELEPHONE # OF RECORD:
(307) 777-6946

MY EMAIL ADDRESS OF RECORD:
mike.robinson@wyo.gov

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Downey Brand LLP
455 Market Street, Suite 1500
San Francisco, CA 94105

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 848-4800

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
cmarsh@downeybrand.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6-2658.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 16, 2018

/s/Michael M. Robinson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael M. Robinson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/23/2018

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                    October 2012

# EXHIBIT 1

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF WYOMING

I, Patricia Bennett, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Michael M. Robinson

was on the 31st day of August, 1993, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.



Given under my hand and the seal of said Court this 9th day of March, 2018.

Patricia Bennett, Clerk