1  JEFFREY H. WOOD
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   United States Department of Justice
3  CORINNE SNOW (TX Bar No. 24083883)
   REBECCA JAFFE (NC Bar No. 40726)
4  601 D St. NW, 3rd Floor
   Washington, D.C. 20004
5  Tel: (202) 305-0258
   Fax: (202) 305-0506
6  corinne.snow@usdoj.gov
   rebecca.jaffe@usdoj.gov
7  Counsel for Defendants
8

9                  IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  STATE OF CALIFORNIA, et al.,              )
                                              )
12          Plaintiffs,                       )
                                              )
13              v.                            )
                                              )
14                                            )
   U.S. BUREAU OF LAND                        )
15  MANAGEMENT, et al.                        )   Case No. 4:18-cv-00521-HSG (related)
                                              )
16          Defendants.                       )   Case No. 4:18-cv-00524-HSG (related)
                                              )
17                                            )
                                              )
18  SIERRA CLUB, et al.,                      )   **NOTICE OF LODGING**
                                              )   **ADMINISTRATIVE RECORD**
19          Plaintiffs,                       )
                                              )
20              v.                            )
                                              )
21                                            )
   RYAN ZINKE, et al.                         )
22                                            )
            Defendants.                       )
23                                            )

24

25         Federal Defendants hereby give notice of lodging the administrative record for the rule titled

26  "Oil and Gas; Hydraulic Fracturing on Federal and Indian Lands; Rescission of a 2015 Rule," 82 FR

27  61,924.  Attached to this notice is the certification of the administrative record.  One courtesy copy of

28

1   the record will be provided for chambers.  Copies of the record will be mailed today via FedEx to the

2   Office of the Clerk, to the Court's chambers, and to Plaintiffs' and Intervenors' counsel.

3        The record is on one flash drive and contains 909 individual documents, comprising

4   approximately one gigabyte of material, Bates-stamped from HFRR_000001 to HFRR_034679.  Also

5   included on the flash drive is the hyperlinked index to the administrative record.

6

7                                      Respectfully submitted,

8   Dated:  October 5, 2018              JEFFREY H. WOOD
                                     Acting Assistant Attorney General

9

10                                 /s/ Rebecca Jaffe
                                   Environment and Natural Resources Division

11                                 United States Department of Justice
                                   CORINNE SNOW (TX Bar No. 24083883)

12                                 REBECCA JAFFE (NC Bar No. 40726)

13                                 601 D St. NW, 3rd Floor
                                   Washington, D.C. 20004

14                                 Tel: (202) 305-0258
                                   Fax: (202) 305-0506

15                                 rebecca.jaffe@usdoj.gov
                                   corinne.snow@usdoj.gov

16                                 Counsel for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STATE OF CALIFORNIA, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>U.S. BUREAU OF LAND<br>MANAGEMENT, et al. )<br><br>Defendants. )<br>———————————————<br>SIERRA CLUB, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>RYAN ZINKE, et al. )<br><br>Defendants. )<br>——————————————— | Case No. 4:18-cv-00521-HSG (related)<br><br>Case No. 4:18-cv-00524-HSG (related) |

## **CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Timothy Spisak, declare as follows:

1.  I am the Deputy Assistant Director—Energy, Minerals & Realty Management Directorate of the Bureau of Land Management (BLM), United States Department of the Interior, located in Washington, DC.  I have been employed by BLM for 34 years, and I have held my current position since March 2017.

2.  I oversaw and provided direction to the team formed implement changes to the BLM's 2017 Hydraulic Fracturing Rescission Rule.  In this capacity, I manage the BLM's minerals

programs, including oversight of the BLM's Fluid Minerals Branch in our headquarters office. I have been involved in managing the development and review of the BLM's Hydraulic Fracturing Rescission Rule. I am generally familiar with the documents directly or indirectly considered in the course of that rulemaking. I am also familiar with the process by which the documents relevant to the rulemaking were collected and compiled into the complete record that is being lodged with the Court on October 5, 2018.

3. The record is accompanied by a hyperlinked index that provides the following information for each document in the record: document number, Bates range, date, time, author and recipient, document type, page count, and document title.

4. The record contains 909 individual documents, comprising approximately 1 GB of material, Bates stamped from HFRR_000001 to HFRR_034679.

5. To the best of my knowledge, the files included in the USB flash drive being provided to the Court and the parties are true, accurate, and complete copies of the documents and materials listed in the index to the administrative record.

6. I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Executed on this 4th day of October, 2018.

Timothy Spisak
Deputy Assistant Director
Energy, Minerals & Realty Management
Bureau of Land Management