WYOMING ATTORNEY GENERAL'S OFFICE
ERIK E. PETERSEN, WSB No. 7-5608 (*admitted pro hac vice*)
MICHAEL M. ROBINSON, WSB No. 6-2658 (*admitted pro hac vice*)
Senior Assistant Attorneys General
2320 Capitol Avenue
Cheyenne, WY  82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
erik.petersen@wyo.gov
mike.robinson@wyo.gov

DOWNEY BRAND LLP
CHRISTIAN L. MARSH (Bar No. 209442)
DONALD E. SOBELMAN (Bar No. 184028)
CHRISTOPHER RENDALL-JACKSON (Bar No. 288933)
455 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 848-4800
Facsimile: (415) 848-4801
cmarsh@downeybrand.com
dsobelman@downeybrand.com
crendall-jackson@downeybrand.com

Attorneys for THE STATE OF WYOMING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 4:18-cv-00521-HSG (related) |
| Plaintiffs, | Case No. 4:18-cv-00524-HSG (related) |
| v. | **NOTICE OF ATTORNEY APPEARANCE** |
| U.S. BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants. | Judge Assigned: Hon. Haywood S. Gilliam, Jr. |
| | Action Filed:    January 24, 2018 |
| SIERRA CLUB, et al., | |
| Plaintiffs, | |
| v. | |
| RYAN ZINKE, et al., | |
| Defendants. | |

1529097.1

Please enter the appearance of Donald E. Sobelman as an additional attorney of record for Intervenor-Defendant THE STATE OF WYOMING.

Relevant contact information is as follows:

>Donald E. Sobelman (Bar No. 184028)
>DOWNEY BRAND LLP
>455 Market Street, Suite 1500
>San Francisco, CA  94105
>Telephone:   (415) 848-4800
>Facsimile:   (415) 848-4801
>Email:   dsobelman@downeybrand.com

Respectfully submitted,

DATED:  December 17, 2018                    DOWNEY BRAND LLP


By: */s/ Donald E. Sobelman*
    Donald E. Sobelman
    Attorneys for THE STATE OF WYOMING