1  JEAN E. WILLIAMS
   Deputy Assistant Attorney General
2  Environment and Natural Resources Division
   United States Department of Justice
3  CORINNE SNOW (TX Bar No. 24083883)
4  REBECCA JAFFE (NC Bar No. 40726)
   601 D St. NW, 3rd Floor
5  Washington, D.C. 20004
   Tel: (202) 305-0258
6  Fax: (202) 305-0506
   corinne.v.snow@usdoj.gov
7  rebecca.jaffe@usdoj.gov
8  Counsel for Federal Defendants

9                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      OAKLAND DIVISION

11  _____ )
                                     )
12  STATE OF CALIFORNIA, et al.,     )
                                     )
13        Plaintiffs,                )
                                     )
14            v.                     )
                                     )
15  U.S. BUREAU OF LAND              )
    MANAGEMENT, et al.               )   Case No. 4:18-cv-00521-HSG (related)
16                                   )
17        Defendants.                )   Case No. 4:18-cv-00524-HSG (related)
    _____ )
18                                   )   **FEDERAL DEFENDANTS' NOTICE OF**
    SIERRA CLUB, et al.,             )   **REVISED PRODUCTION SCHEDULE**
19                                   )   **FOR ADMINISTRATIVE RECORD**
          Plaintiffs,                )
20                                   )
              v.                     )
21                                   )
22  RYAN ZINKE, et al.               )
                                     )
23        Defendants.                )
    _____ )
24

25

26

27

28

Fed. Defs.' Notice of Revised Production Schedule for Admin. R.
*California v. BLM*, 4:18-cv-00521-HSG; *Sierra Club v. Zinke*, 4:18-cv-00524-HSG

On October 9, 2018, Federal Defendants lodged the original administrative record for the Bureau of Land Management's ("BLM") 2017 Rule, 82 Fed. Reg. 61,924, rescinding the 2015 Rule titled "Hydraulic Fracturing on Federal and Indian Lands," 80 Fed. Reg. 16,128.  ECF Nos. 83, 84.  Federal Defendants later amended that original administrative record to include:  (1) the administrative record for the 2015 Rule; (2) a collection of 1,191 documents drawn from a thumb drive that Environmental Plaintiffs had submitted during the public comment period and that BLM had inadvertently omitted from the record; (3) three documents that were referenced in emails in the administrative record but had been inadvertently omitted from the record; and (4) three documents that the Environmental Plaintiffs had obtained through Freedom of Information Act requests (collectively, the "Amended Record").  The Amended Record will also contain properly redacted or withheld versions of eight privileged documents that Federal Defendants are clawing back from the original record.  Federal Defendants originally planned to ship the Amended Record on January 4, 2019 to arrive on January 7, 2019.  *See* Civ. 18-524, ECF No. 90 at 3 n.2; Civ 18-521, ECF No. 92 at 3 n.2.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for several other Executive agencies, including Federal Defendant the Department of the Interior.  The Department of Justice does not know when funding will be restored by Congress.  Absent an appropriation, Department of Justice attorneys and employees of the Department of the Interior are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

Accordingly, Federal Defendants cannot produce the Amended Record by January 7, 2019.  All parties have communicated that they do not object to an extension of the Amended Record production schedule.  Federal Defendants will produce the Amended Record promptly after funding is restored.

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General

Fed. Defs.' Notice of Revised Production Schedule for Admin. R.                                                    1
*California v. BLM*, 4:18-cv-00521-HSG; *Sierra Club v. Zinke*, 4:18-cv-00524-HSG

1    Date: January 4, 2019                    /s/ Rebecca Jaffe
                                              Environment and Natural Resources Division
2                                             United States Department of Justice
                                              CORINNE SNOW (TX Bar No. 24083883)
3                                             REBECCA JAFFE (NC Bar No. 40726)
                                              601 D St. NW, 3rd Floor
4                                             Washington, D.C. 20004
                                              Tel: (202) 305-0258
5                                             Fax: (202) 305-0506
                                              rebecca.jaffe@usdoj.gov
6                                             corinne.v.snow@usdoj.gov
                                              Counsel for Defendants
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28