Michael R. Matthias (Bar No. 57728)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800 / Facsimile: 310.820.8859
mmatthias@bakerlaw.com

Mark S. Barron (admitted *pro hac vice*)
L. Poe Leggette (admitted *pro hac vice*)
Alexander K. Obrecht (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: 303.861.0600 / Facsimile: 303.861.7805
mbarron@bakerlaw.com
pleggette@bakerlaw.com
aobrecht@bakerlaw.com

*Attorneys for Independent Petroleum Association of America and Western Energy Alliance*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, EARTHWORKS; FORT BERTHOLD PROTECTORS OF WATER AND EARTH RIGHTS, SOUTHERN UTAH WILDERNESS ALLIANCE, THE WILDERNESS SOCIETY, and WESTERN RESOURCE ADVOCATES,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br><br>&<br><br>INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA and WESTERN ENERGY ALLIANCE,<br><br>Intervenor-Defendants. | Case No.: 4:18-CV-00524-HSG<br><br>[Honorable Haywood S. Gilliam]<br><br>[~~PROPOSED~~] ORDER GRANTING INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA'S AND WESTERN ENERGY ALLIANCE'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO COMPEL<br><br>Date: March 21, 2019<br>Time: 2:00 pm<br>Courtroom: 2, 4th Floor |

Having considered the Independent Petroleum Association of America's and Western Energy Alliance's Request for Telephonic Appearance at Hearing on Motion to Compel that was filed on March 14, 2019 and finding good cause therefore, the Court grants the request. Counsel for Independent Petroleum Association of America and Western Energy Alliance may appear telephonically at the hearing on the Motion to Compel, which is set for March 21, 2019, at 2:00 p.m. in the courtroom of the Hon. Haywood S. Gilliam, Jr., located at the Ronald V. Dellums Federal Building and United States Courthouse, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94162. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 3/15/2019

By: _/s/ Haywood S. Gilliam, Jr._
United States District Court Judge