# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB ET AL.

    Plaintiff(s),

 v.

DAVID BERNHARDT ET AL.

    Defendant(s).

Case No: 4:18-cv-00524-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

 I, Jason A. Schwartz, an active member in good standing of the bar of U.S. District Ct. of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Institute for Policy Integrity, amicus in the above-entitled action. My local co-counsel in this case is Denise A. Grab, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 2117 South Clarkson Street<br>Denver, Colorado 80210 | 1885 Mission Street, First Floor<br>San Francisco, California 94103 |
| My Telephone # of Record:<br>(617) 571-9672 | Local Co-Counsel's Telephone # of Record:<br>(415) 841-2332 |
| My Email Address of Record:<br>jason.schwartz@nyu.edu | Local Co-Counsel's Email Address of Record:<br>denise.grab@nyu.edu |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: n/a (see atch.).

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/11/19

                Jason A. Schwartz
                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of Jason A. Schwartz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/22/2019

                *Haywood S. Gilliam Jr.*
                UNITED STATES DISTRICT JUDGE



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## JASON A SCHWARTZ

was admitted to practice in this court on
March 13, 2018
and is in good standing with no disciplinary history.

Dated: April 3, 2019

*Jeffrey P. Colwell*
———————————————
Jeffrey P. Colwell, Clerk

