Joel Minor, Colo. Bar No. 48722 (*admitted pro hac vice*)
Earthjustice
633 17th St., Suite 1600
Denver, CO 80202
Phone: (303) 996-9628
Fax: (720) 550-5757
jminor@earthjustice.org

*Counsel for Plaintiffs*
*(Additional Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT; EARTHWORKS; FORT BERTHOLD PROTECTORS OF WATER AND EARTH RIGHTS; SOUTHERN UTAH WILDERNESS ALLIANCE, THE WILDERNESS SOCIETY; and WESTERN RESOURCE ADVOCATES,<br><br>          Plaintiffs,<br><br>     v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>          Defendants. | Case No. 4:18-cv-00524-HSG<br><br>**MOTION TO WITHDRAW AS COUNSEL BY JOEL MINOR** |

Motion to Withdraw as Counsel by Joel Minor
Case No. 4:18-cv-00524-HSG

Pursuant to L.R. 11-5, notice is hereby given that Joel Minor is no longer a counsel of record for Plaintiffs Sierra Club; Center for Biological Diversity; Diné Citizens Against Ruining Our Environment; Earthworks; Fort Berthold Protectors of Water and Earth Rights; Southern Utah Wilderness Alliance, The Wilderness Society; and Western Resource Advocates, in the above-captioned case, and should be removed from the service and ECF list.  Mr. Minor will be leaving Earthjustice effective September 26, 2019. Nathan Matthews and Michael S. Freeman of Earthjustice remain counsel of record for Plaintiffs in this case.  Mr. Minor's withdrawal will in no way delay the proceedings in the above-captioned case.  Mr. Minor has notified his clients and opposing counsel of this request.

All notices and copies of pleadings, papers and other material relevant to this action should continue to be directed to and served upon:

| | |
|---|---|
| Nathan Matthews<br>Sierra Club<br>2101 Webster Street, Suite 1300<br>Oakland, CA 94612<br>Phone: (415) 977-5695<br>Fax: (510) 208-3140<br>nathan.matthews@sierraclub.org | Michael S. Freeman<br>Earthjustice<br>633 17th Street, Suite 1600<br>Denver, CO  80202<br>Phone: (303) 623-9466<br>Fax: (720) 550-5757<br>mfreeman@earthjustice.org |

Respectfully submitted this 25th day of September, 2019,

<u>/s/ Joel Minor</u>
Earthjustice
633 17th St., Suite 1600
Denver, CO 80202
Phone: (303) 996-9628
Fax: (720) 550-5757
jminor@earthjustice.org


*Attorneys for Plaintiffs*