# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB; CENTER FOR
BIOLOGICAL DIVERSITY; DINÉ CITIZENS
AGAINST RUINING OUR ENVIRONMENT;
EARTHWORKS; FORT BERTHOLD
PROTECTORS OF WATER AND EARTH
RIGHTS; SOUTHERN UTAH WILDERNESS
ALLIANCE, THE WILDERNESS SOCIETY;
and WESTERN RESOURCE ADVOCATES,

     Plaintiffs,

     v.

DAVID BERNHARDT, in his official capacity
as Secretary of the Interior; UNITED STATES
BUREAU OF LAND MANAGEMENT; and
UNITED STATES DEPARTMENT OF THE
INTERIOR,

     Defendants.

Case No. 4:18-cv-00524-HSG

**[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW AS
COUNSEL BY JOEL MINOR**

The Court hereby GRANTS Joel Minor's motion to Withdraw as Counsel for Plaintiffs Sierra Club, Center for Biological Diversity, Diné Citizens Against Ruining Our Environment, Earthworks, Fort Berthold Protectors of Water and Earth Rights, Southern Utah Wilderness Alliance, The Wilderness Society, and Western Resource Advocates.

     IT IS SO ORDERED.

Dated: _____

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge