Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, et al().

    Plaintiff(s),

v.

Ryan Zinke, et al.

    Defendant(s).

Case No: 4:18-cv-00524

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Thomas Delehanty, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: (see attachment) in the above-entitled action. My local co-counsel in this case is Nathan Matthews, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Earthjustice, 633 17th Street, Suite 1600<br>Denver, CO  80202-3625 | Sierra Club, 2101 Webster Street, Suite 1300<br>Oakland, CA  94612 |
| MY TELEPHONE # OF RECORD:<br>(303) 996-9628 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 977-5695 |
| MY EMAIL ADDRESS OF RECORD:<br>tdelehanty@earthjustice.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>nathan.matthews@sierraclub.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 51887.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/16/19

                                    Thomas Delehanty
                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas Delehanty is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE