Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, et al.

    Plaintiff(s),

v.

Ryan Zinke, et al.

    Defendant(s).

Case No: 4:18-cv-00524

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Thomas Delehanty, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: (see attachment) in the above-entitled action. My local co-counsel in this case is Nathan Matthews, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Earthjustice, 633 17th Street, Suite 1600 Denver, CO 80202-3625 | Sierra Club, 2101 Webster Street, Suite 1300 Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 996-9628 | (415) 977-5695 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tdelehanty@earthjustice.org | nathan.matthews@sierraclub.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 51887.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/16/19

                                                Thomas Delehanty
                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas Delehanty is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/19/2019

                                              UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# ATTACHMENT

# TO APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Thomas R. Delehanty is an attorney representing the following parties:

Sierra Club

Center for Biological Diversity

Diné Citizens Against Ruining Our Environment

Earthworks

Fort Berthold Protectors of Water and Earth Rights

Southern Utah Wilderness Alliance

The Wilderness Society

Western Resource Advocates

# SUPREME COURT

## State of Colorado.

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Thomas R. Delehanty**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **23rd** day of **March** A.D. **2018** and that at the date hereof the said **Thomas R. Delehanty** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **16th** day of **December** A.D. **2019**

**Cheryl Stevens**
_____ Clerk

By _____ Deputy Clerk

